UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No.: 24-12939

LIANA SURDUT,
        Plaintiff,


        v.


TOWN OF ORLEANS; KIMBERLY
NEWMAN, individually and in her official
capacity as Town of Orleans Town
Manager; and MARK REIL, individually
and in his official capacity as Town of
Orleans Assistant Town Manager,
        Defendants.

## DEFENDANTS' NOTICE OF REMOVAL OF ACTION FROM STATE COURT

Pursuant to 28 U.S.C. §1441(c) and 1446, the Defendants, Town of Orleans, Kinberly

Newman and Mark Reil, petition for removal of this action to the United States District Court for

the District of Massachusetts. As grounds therefore, the Defendants state as follows:

1.      On or about August 2, 2024, the Plaintiff filed this suit in the Barnstable Superior

        Court, Civil Action No. 2472CV00342.

2.      On October 29, 2024, Plaintiff's Complaint was served upon the Defendants.

        Attached as Exhibit A are copies of the Plaintiff's Complaint and summonses

        which were served upon the Defendants.

3.      In the Complaint, the Plaintiff alleges claims in violation of 42 U.S.C. § 1983 and

        29 U.S.C. § 2615.

1

4.    Because this matter is an action arising under federal law of which this Court has original jurisdiction, as authorized by 28 U.S.C. §1331, it is subject to removal under 28 U.S.C. §1441(c).

5.    This Notice of Removal is being filed within the time period required by law, 28 U.S.C. §1446(b).

Respectfully submitted,

Defendants,
TOWN OF ORLEANS, KIMBERLY NEWMAN
and MARK REIL,
By their attorneys,

*/s/ Crystal Huff*
Leonard H. Kesten, BBO# 542042
Crystal Huff, BBO# 681860
BRODY, HARDOON, PERKINS & KESTEN, LLP
265 Franklin Street, 12th Floor
Boston, MA 02110
(617) 880-7100
lkesten@bhpklaw.com
chuff@bhpklaw.com

Dated: November 26, 2024

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those participants indicated as non-registered participants.

*/s/ Crystal Huff*
Crystal Huff, BBO# 681860

Dated: November 26, 2024

2