UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No.: 24-12939

| |
|---|
| LIANA SURDUT,<br>    Plaintiff,<br><br>v.<br><br>TOWN OF ORLEANS; KIMBERLY NEWMAN, individually and in her official capacity as Town of Orleans Town Manager; and MARK REIL, individually and in his official capacity as Town of Orleans Assistant Town Manager,<br>    Defendants. |

## JOINT LOCAL RULE 16.1 STATEMENT

Pursuant to Rule 16.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for the above-named parties have conferred and state as follows:

**I.  JOINT DISCOVERY PLAN AND PRETRIAL SCHEDULE**

The parties propose the following pre-trial schedule:

A.  Automatic Discovery Disclosures

The parties shall complete their obligations under Rule 26(a)(1) no later than January 22, 2025.

B.  Initial Written Discovery Requests

Initial written discovery requests (pursuant to Rules 33 and 34) are to be served by June 27, 2025 and answers and responses are to be served within the time provided by the Rules.

1

C. <u>Depositions</u>

All fact depositions (except for expert witnesses) are to be completed by August 22, 2025.

D. <u>Requests for Admissions</u>

All Requests for Admissions will be served by September 23, 2025.

E. <u>Bifurcated Discovery</u>

The parties have agreed that bifurcated discovery will not be necessary in this matter.

F. <u>Expert Witnesses</u>

The Plaintiff's expert witness(es) shall be designated by September 26, 2025. The Defendants' expert witness(es) shall be designated by October 27, 2025. Designation of experts shall include provision of any information required by the Federal Rules of Civil Procedure and/or the Local Rules of the District of Massachusetts. Expert depositions shall be completed by November 26, 2025.

G. <u>Trial</u>

The parties request to be placed on the Court's trial list for <u>March 2026.</u>

II. **<u>MOTIONS</u>**

A. All amendments under Rule 15 to be filed by January 30, 2025.

B. All discovery-related motions to be filed on an as-needed basis.

C. All dispositive motions, including motions for summary judgment, to be filed by October 25, 2025, and responses are to be filed within twenty-one (21) days thereafter pursuant Fed. R. Civ. P. 56.

**III.    SETTLEMENT PROPOSALS**

The Plaintiff has submitted a written settlement proposal to the Defendant.

**IV.    TRIAL BY MAGISTRATE JUDGE**

The parties do not consent to trial by Magistrate Judge.

**V.    CERTIFICATION OF COUNSEL**

The parties will separately file 16.1 Certifications regarding budgets and alternative dispute resolution.

**VI.    SCHEDULING CONFERNCE**

The parties agree that a scheduling conference is not necessary in this matter and further agree that the Court may set dates based upon their submitted Joint Scheduling Statement.

[Signatures on following page]

Respectfully submitted,

Defendants,
TOWN OF ORLEANS, KIMBERLY NEWMAN
and MARK REIL,
By their attorneys,

*/s/ Crystal Huff*
Leonard H. Kesten, BBO# 542042
Crystal Huff, BBO# 681860
BRODY, HARDOON, PERKINS & KESTEN, LLP
265 Franklin Street, 12th Floor
Boston, MA 02110
(617) 880-7100
lkesten@bhpklaw.com
chuff@bhpklaw.com

The Plaintiff,
LIANA SURDUT,
By her attorney

*/s/ Patrick K. Daubert*
Patrick K. Daubert, Esq.
DAUBERT LAW, PLLC
100 Independence Dr. Suite 7-591
Hyannis, MA 02601
508-205-4350
daubertlaw@icloud.com

Dated: December 20, 2024

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those participants indicated as non-registered participants.

*/s/ Crystal Huff*
Crystal Huff, BBO# 681860

Dated: December 20, 2024